## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Long, Lawana P | Case Number: 07 B 11965 |
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 7/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: February 23, 2009
Confirmed:   October 1, 2007

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,660.00 | |
| Secured: | | 6,420.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,646.40 |
| Trustee Fee: | | 592.66 |
| Other Funds: | | 0.00 |
| Totals: | 9,660.00 | 9,660.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,494.00 | 2,646.40 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 1,041.64 | 1,041.64 |
| 4. | Americredit Financial Ser Inc | Secured | 15,467.27 | 5,379.30 |
| 5. | Countrywide Home Loans Inc. | Secured | 7,176.70 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 5.78 | 0.00 |
| 7. | Capital One | Unsecured | 21.25 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 9.44 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 22.94 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 9.20 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 101.68 | 0.00 |
| 12. | United States Dept Of Education | Unsecured | 60.38 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 6.29 | 0.00 |
| 14. | B-Real LLC | Unsecured | 18.24 | 0.00 |
| 15. | ER Solutions | Unsecured | 9.01 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 24.53 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 21.52 | 0.00 |
| 18. | Asset Acceptance | Unsecured | 5.36 | 0.00 |
| 19. | Illinois Student Assistance Commission | Unsecured | 80.68 | 0.00 |
| 20. | ER Solutions | Unsecured | 4.18 | 0.00 |
| 21. | City Of Chicago Dept Of Revenue | Unsecured | 7.00 | 0.00 |
| 22. | City Of Chicago | Unsecured | 12.00 | 0.00 |
| 23. | Nicor Gas | Unsecured | 28.09 | 0.00 |
| 24. | Commonwealth Edison | Unsecured | 26.44 | 0.00 |
| 25. | HSBC Mortgage Services | Secured | | No Claim Filed |
| 26. | A All Financial | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Long, Lawana P

Printed: 03/03/09

Case Number: 07 B 11965
Judge: Hollis, Pamela S
Filed: 7/5/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Credit Protection Association | Unsecured | | No Claim Filed |
| 28. Arrow Financial Services | Unsecured | | No Claim Filed |
| 29. Pinnacle Fincial Group Inc | Unsecured | | No Claim Filed |
| 30. High Reach Learning | Unsecured | | No Claim Filed |
| 31. HSBC | Unsecured | | No Claim Filed |
| 32. Program Management Systems | Unsecured | | No Claim Filed |
| 33. American Collections & Credit | Unsecured | | No Claim Filed |
| 34. Credit Protection Association | Unsecured | | No Claim Filed |
| | | $ 27,653.62 | $ 9,067.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 186.31 |
| 6.5% | 228.15 |
| 6.6% | 178.20 |
| | $ 592.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: